IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAIDRICK JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-264-M (BH) |
| v. | § | |
| | § | |
| DALLAS COUNTY JUVENILE | § | |
| PROBATION DEPARTMENT, | § | ECF |
| and DOUGLAS VANCE, | § | |
| | § | |
| Defendants. | § | Pretrial Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 30th day of July, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS